| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| DENIS S. KENNY, ESQ. (178542)<br>SCHERER SMITH & KENNY LLP<br>140 Geary Street, 7th Floor<br>San Francisco, California 94108 | | (415) 433-1099 | |
| | | Ref. No. Or File No. | |
| Attorneys for:   PLAINTIFFS | | W2521036 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

LYON BROS. ENTERPRISES

Defendant:

JABICO ENTERPRISES, LLC

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 09-3714 CW |
|---|---|---|---|---|

I, B. Anderson                , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENTING TO A
MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; WELCOME TO THE U.S.
DISTRICT COURT, SAN FRANCISCO; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : JABICO ENTERPRISES, LLC, a California limited liability company

By Serving           : JAZMINE FANIEL, Customer Service Rep

Address              : 7083 Hollywood Boulevard, Suite 180 , Los Angeles, California  90028
Date & Time          : Thursday, August 13, 2009 @ 4:15 p.m.
Witness fees were     : Not applicable.

Person serving:                          a. Fee for service:
B. Anderson                              d. Registered California Process Server
Wheels of Justice, Inc.                     (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 3991
San Francisco, California  94105            (3) County: Los Angeles
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: August 13, 2009                    Signature:_____
                                                         B. Anderson


Printed on recycled paper